OPINION — AG — IF THE CHATTEL MORTGAGE, GIVEN BEFORE A TAX WARRANT IS ISSUED, IT PERFECTED AT ANY TIME BEFORE THE LEVY IS MADE ON THE TAX WARRANT, THE CHATTEL MORTGAGE HAS PRIORITY. ON THE OTHER HAND, IF LEVY IS MADE ON THE TAX WARRANT BEFORE THE CHATTEL MORTGAGE IS PERFECTED, THE TAX WARRANT HAS PRIORITY. CITE: 68 O.S. 1961 354 [68-354], 12A O.S. 1961 1-201 [12A-1-201], 12A O.S. 1961 [12A-1961], 9-301 (JOSEPH MUSKRAT)